UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DENNIS J. QUINTAL, SR,
    Plaintiff,

v.                                              CIVIL ACTION NO. 16-12325-GAO

COMMONWEALTH OF MASSACHUSETTS
ATTORNEY GENERAL'S OFFICE,
    Defendant.

## MEMORANDUM AND ORDER FOR DISMISSAL

O'TOOLE, U.S.D.J.

    On November 14, 2016, plaintiff filed a civil rights complaint against the Massachusetts Attorney General's Office alleging that he had been held to answer for the same criminal offenses more than once.

    On December 12, 2016, this Court issued a Memorandum and Order (Docket No. 4) directing plaintiff to file an amended complaint that complies with the directives of Rule 8 of the Federal Rules of Civil Procedure, failing which, the action would be dismissed without prejudice. Additionally, plaintiff was directed to pay the $400.00 filing and administrative fees of the Court, or file a motion for leave to proceed without prepayment of the fees, also within the 28-day period.

    To date, plaintiff has failed to comply with either of the directives contained in the Memorandum and Order, and the time period for doing so has expired.

    Accordingly, it is hereby Ordered that this action is <u>DISMISSED</u> in its entirety without prejudice.

SO ORDERED.

                                              /s/ George A. O'Toole, Jr.
                                              GEORGE A. O'TOOLE, JR.
                                              UNITED STATES DISTRICT JUDGE

DATED: January 19, 2017